```
 1  Susan D. Silveira SBN # 169630
    Silveira Law Offices
 2  2037 W. Bullard Avenue #311
    Fresno, CA 93711-1200
 3  Phone (408) 265-3482
    Fax (408) 265-7479
 4  silveiralaw@earthlink.net

 5  Attorney for Debtor
    Prithpal Singh
 6
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| PRITHPAL SINGH | ) | CASE NO.: 24-50983 SLJ |
| | ) | |
| | ) | Date: January 23, 2025 |
| | ) | Time: 10:00 am |
| Debtor. | ) | Place: Telephone/Videoconference |
| | ) | |

**APPLICATION FOR COMPENSATION BY ATTORNEY FOR DEBTOR**

This application is submitted pursuant to the <u>Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees</u> adopted by the United States Bankruptcy Court for the Northern District of California. Applicant is Susan D. Silveira of Silveira Law Offices is attorney of record for the above-named debtor.

1. Date Petition Filed: June 28, 2024
2. Date of Plan Confirmation: Not Yet Confirmed
3. Amount of Fees Previously Approved for Applicant: $.00
4. Amount Received by Applicant: $1,000.00
5. Time Period for This Application: November 11, 2023 through December 4, 2024
6. Hourly Rate of Professional: $375 per hour
7. Total Hours in This Application: 37.20
8. Total Fees Requested: $13,950.00

1

| | | | |
|---|---|---|---|
| 1 | 9. | Amount Included for Appearance at Hearing on Fee Application: | $0 |
| 2 | 10. | Total Costs Requested in this Application: | $412.80 |
| 3 | 11. | Total Fees and Costs Requested: | $14,362.80 |

12. <u>Brief Description of Services</u>: This case involves a debtor in need of financial reorganization due to substantial credit card debt. Debtor had been working with a debt relief agency where he was paying more than $5,000 a month towards this debt. These payments soon became unmanageable, causing debtor to seek bankruptcy relief. Debtor lives with is family in his home and he wanted to be sure that his home would not be subject to possible collection activity. Debtor also anticipated a tax liability that he wanted to pay in his bankruptcy case.

Debtor is involved with an LLC called Desi Beatz. He and his business partner in this LLC conduct exclusive weekend "party' events. As is sometimes the case with small business owners, Debtor required substantial assistance from applicant in preparing an accurate profit and loss statement for the years 2023 and 2024. It took several months to obtain the necessary documents to prepare this case for filing, including tax returns, bank statements and pay advices. The debtor was anxious to get the case filed as soon as possible. Due to the delay in obtaining the necessary documents, the paperwork needed to be updated, causing more time than usual to be spent in the preparation of the petition, schedules, related documents and Chapter 13 plan.

Wanting no further delay, the case was filed with the understanding that Debtor was in the process of amending his tax returns to be consistent with the information compiled in the profit and loss statement. Applicant assisted in providing the required documents to the Chapter 13 Trustee. Applicant assisted debtor in preparing and attending his 341 meeting of creditors which was completed successfully on August 12, 2024.

There were numerous objections to confirmation filed by the Chapter 13 Trustee which applicant assisted the debtor in addressing. Applicant investigated the proof of claim filed by TD Retail to ascertain whether the claim was in fact a secured claim. Applicant also advised debtor of other documents and information needed from the debtor to address these objections.

1  Applicant prepared detailed correspondence to the Chapter 13 Trustee discussing the progress of
2  addressing the Trustee objections.
3  Applicant contacted Santa Clara County Federal Credit Union to confirm that the debtor
4  was in a bankruptcy and had intended to continue paying on his car loan, but it turned out that the
5  Credit Union did not feel bound to whatever arrangement the debtor had with them to make
6  payments on this loan and would not allow him to continue making these payments through his
7  bankruptcy case. Applicant also verified that the Credit Union was not going to repossess the
8  vehicle. In view of the misunderstanding about the status of this loan at the time of the filing of
9  this case, Applicant has not charged for the time to address this matter.
10  Applicant has been reminding the debtor of the need to complete the amended tax returns
11  in order to prepare the necessary amended schedules and plan. Debtor has been reluctant to do so.
12  Applicant was recently contacted by Robert Goldstein to advise that he was substituting as
13  counsel in this case.
14  All legal services provided were reasonable and necessary. A detailed billing statement is
15  attached to the declaration submitted by the applicant and filed concurrently herein.
16  WHEREFORE, Applicant requests approval of this application and an Order providing for
17  payment of $13,950.00 in fees and $412.80 in costs, less the $1,000 in fees and $385 in costs
18  already paid, leaving a balance of $12, 387,80 for payment as a Chapter 13 administrative
19  expense to be paid in this case. In the event this case is dismissed, Applicant requests that this
20  claim be paid from whatever amounts the Chapter 13 Trustee has available to disburse, In re
21  Wheaton, 547 B.R. 490 (BAP 1st Cir. 2016), with any remaining fees and costs to be paid
22  directly by the debtor.
23  Dated: December 4, 2024                    SILVEIRA LAW OFFICES
24
25                                             /s/ Susan D. Silveira
                                               Susan D. Silveira
26                                             Attorney for Debtor
27
28