Susan D. Silveira SBN # 169630
Silveira Law Offices
2037 W. Bullard Avenue #311
Fresno, CA 93711-1200
Phone (408) 265-3482
Fax (408) 265-7479
silveiralaw@earthlink.net

Attorney for Debtor
Prithpal Singh

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| PRITHPAL SINGH | ) | CASE NO.: 24-50983 SLJ |
| | ) | |
| | ) | Date: January 23, 2025 |
| | ) | Time: 10:00 am |
| Debtor. | ) | Place: Telephone/Videoconference |
| | ) | |

**LIMITED OPPOSITION TO VOLUNTARY DISMISSAL AND REQUEST TO RETAIN JURISDICTION TO RULE ON APPLICATION FOR COMPENSATION**

Applicant and former counsel to Debtor, Prithpal Singh, has a pending Application for Compensation filed on December 4, 2024 and set for hearing on January 23, 2025. Today, Applicant received Debtor's Notice of Voluntary Dismissal filed on December 16, 2024. The Chapter 13 Trustee is currently holding funds in the amount of $9,619.00. Applicant requests that the court retain jurisdiction to rule on the pending Application for Compensation so that the Chapter 13 Trustee may disburse the funds on hand pursuant to 11 U.S.C. §1326(a) and 11 USC §503(b).

Dated: December 17, 2024                          SILVEIRA LAW OFFICES

                                                  /s/ Susan D. Silveira
                                                  Susan D. Silveira
                                                  Attorney for Debtor

1