# CERTIFICATE OF SERVICE

In re Prithpal Singh                    Case No. 24-50983 SLJ-13

I am a citizen of the United States and employed in the City of San Francisco, County of San Francisco. I am over 18 years of age and am not a party to the within entitled action. My business address is 100 Bush Street, Suite 501, San Francisco, CA 94104. I caused to be filed with the Court through the CM/EF system, with electronic service of the following documents on the persons identified and on the date noted below:

- DEBTORS' OBJECTION TO APPLICATION FOR COMPENSATION BY FORMER ATTORNEY FOR DEBTOR

*On the persons identified via filing with ECF, as noted below:*

Devin Durham-Burk
P.O. Box 50013
San Jose, CA 95150-0013
*ctdocs@ch13sj.com*
(Chapter 13 Trustee)

Office of the U.S Trustee/SF (*)
Phillip J. Burton Federal Building
450 Golden Gate Avenue, 5th Floor, 05-0153
San Francisco, CA 94102

Susan D. Silveira
Silveira Law Offices
2037 W. Bullard Ave., #311
Fresno, CA 93711-1200
*silveiralaw@earthlink.net*

Jennifer C. Wong
McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
*bknotice@mccarthyholthus.com*
(Req.Notice Creditor JP Morgan Chase NA)

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct; executed this 9th day of January 2025.

  /s/Eduardo A. Gonzalez
   EDUARDO A GONZALEZ

---

CERTIFICATE OF SERVICE: OBJECTION TO APPLIC. FOR COMPENSATION