Susan D. Silveira SBN # 169630
Silveira Law Offices
2037 W. Bullard Avenue #311
Fresno, CA 93711-1200
Phone (408) 265-3482
Fax (408) 265-7479
silveiralaw@earthlink.net

Attorney for Debtor
Prithpal Singh

**CHANGES MADE BY COURT**

The following constitutes
the order of the court. Signed January 24, 2025

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

**The court made an oral ruling on the record on January 23, 2025, denying the objection that was filed, and as support for its conclusions.**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| PRITHPAL SINGH ) | CASE NO.: 24-50983 SLJ |
| ) | |
| ) | Date: January 23, 2025 |
| ) | Time: 10:00 am |
| Debtor. ) | Place: Telephone/Videoconference |
| ) | |

### ORDER APPROVING APPLICATION FOR COMPENSATION
### BY FORMER ATTORNEY FOR DEBTOR

This matter having come on for hearing on January 23, 2025 on the application of Susan D. Silveira of Silveira Law Offices, former attorney for Debtor, Prithpal Singh, for approval of attorney's fees and expenses. All creditors and interested parties have been duly noticed.

IT IS HEREBY ORDERED that the application of Susan D. Silveira of Silveira Law Offices as submitted is granted in the amount of $13,950.00 in fees and $412.80 in expenses. Applicant having already received payment of $1,000.00 towards fees and $385.00 towards expenses, and discounted by $600, the remaining amount of **$12, 387.80** shall be paid by the Chapter 13 trustee as an administrative claim.

IT IS FURTHER ORDERED that the Trustee shall pay the approved but unpaid fees upon confirmation of Debtor's plan, or upon dismissal of the case, to the extent that the Trustee has funds on hand.

**END OF ORDER**

|   |                              |
|---|------------------------------|
| 1 | COURT SERVICE LIST           |
| 2 | Susan D. Silveira<br>silveiralaw@earthlink.net |
| 3 | Robert Goldstein<br>(ecf only) |