DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
Nanette Dumas #148261
Jane Z. Bohrer #243692
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

PRITHPAL SINGH

Debtor

Chapter 13

Case No. 24-50983 SLJ

**CERTIFICATE OF SERVICE OF NOTICE OF OPPORTUNITY FOR HEARING, MOTION TO DISMISS**

Hearing Date:  Not Set
Hearing Time: Not Set

Judge:  Hon. Stephen L. Johnson

**CERTIFICATE OF SERVICE BY MAIL**
**[Fed. R. Bankr. P. 1017(f), 7004 and 9014; B.L.R. 9013-3(c)]**

I am not less than 18 years of age and not a party to the within case.  My business address is 105 Cooper Ct., Los Gatos, California.  I am familiar with the processing of correspondence for mailing with the United States Postal Service.  Correspondence placed in the internal mail collection system at the Office of Devin Derham-Burk, Chapter 13 Standing Trustee is deposited with the United States Postal Service that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.

On February 04, 2025, true and accurate photo-copies of the following described documents,

**NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO DISMISS and MOTION TO DISMISS**

were placed for service in the Trustee's internal mail collection system in a sealed envelope to be delivered by mail with the United States Postal Service with postage prepaid, postage addressed as follows:

| **Attorney for Debtor:**<br>LAW OFFICES OF ROBERT L GOLDSTEIN<br>100 BUSH ST #501<br>SAN FRANCISCO, CA 94104 | **Debtor:**<br>PRITHPAL SINGH<br>243 BURNING TREE DR<br>SAN JOSE, CA 95119 |
|---|---|

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct and that this declaration was executed on February 04, 2025 in Los Gatos, California.

/s/ Nicole Costa

Office of DEVIN DERHAM-BURK
Chapter 13 Standing Trustee