DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
Nanette Dumas #148261
Jane Z. Bohrer #243692
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

PRITHPAL SINGH

Debtor

Chapter 13
Case No. 24-50983 SLJ

**REQUEST FOR ENTRY OF ORDER BY DEFAULT**

    DEVIN DERHAM-BURK, Chapter 13 Standing Trustee, ("Trustee") hereby requests entry of an order granting her Motion to Dismiss ("Motion") by default.  The Trustee represents the following:

    1. On February 04, 2025, the Trustee filed the Motion [Docket #28] requesting that the Court dismiss the case without prejudice, along with a Notice and Opportunity for Hearing ("Notice") [Docket #29].

    2. On  February 04, 2025, the Trustee served upon the debtor and debtor's counsel (if represented by counsel), the Motion and Notice.

Case: 24-50983    Doc# 31    Filed: 02/27/25    Entered: 02/27/25 15:11:42    Page 1 of 2
24-50983 SLJ - Request for Entry of Order by Default Page 1 of 2

The Trustee filed a Certificate of Service attesting to service of the Motion and Notice [Docket #30].

3. More than twenty-one (21) days have passed since the Notice and Motion were served upon the interested parties and no objections have been filed or served on the Trustee. In addition, the Trustee has not been contacted by any party in interest expressing concern or opposition to the relief requested in the Motion.

WHEREFORE, the Trustee respectfully requests that the Court enter the order granting the Motion by default which is submitted concurrently with this Request.

Dated: February 27, 2025            Respectfully submitted,

                                                     /s/ Jane Z. Bohrer
                                                     Attorney for Devin Derham-Burk
                                                     Chapter 13 Standing Trustee