DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
Nanette Dumas #148261
Jane Z. Bohrer #243692
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

PRITHPAL SINGH

                       Debtor

Chapter 13
Case No. 24-50983 SLJ

**DECLARATION OF JANE Z. BOHRER
IN SUPPORT OF REQUEST FOR
ENTRY OF ORDER BY DEFAULT**

I, JANE Z. BOHRER, declare:

1. I am over the age of eighteen (18), and an attorney at law, duly licensed to practice before this Court.  I am employed as a staff attorney by the Chapter 13 Standing Trustee, Devin Derham-Burk (hereafter "Trustee") and am authorized to make this Declaration in Support of Request for Entry of Order by Default.

2. I have personal knowledge of the matters contained in this Declaration, except as to those matters alleged upon information and belief and, as to those matters, I believe them to be true.  If called as a witness, I could and would competently testify as to the following facts.

3. On February 04, 2025, the Trustee filed a Motion to Dismiss , [Docket #28] requesting that the Court dismiss the instant case without prejudice, along with a Notice and Opportunity for Hearing ("Notice") [Docket #29].

4. On February 04, 2025, the Trustee served upon debtor and debtor's counsel (if represented by counsel), the Motion and Notice.  The Trustee filed a Certificate of Service attesting to service of the Motion and Notice [Docket #30].

5.  More than twenty-one (21) days have passed since the Notice and Motion were served upon the interested parties and no objections have been filed or served on the Trustee.  In addition, the Trustee's office has not been contacted by any party in interest expressing concern or opposition to the relief requested in the Motion.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 27th day of February 2025 at Los Gatos, California.

       /s/ Jane Z. Bohrer
       Attorney for Devin Derham-Burk
       Chapter 13 Standing Trustee