DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
Nanette Dumas #148261
Jane Z. Bohrer #243692
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| PRITHPAL SINGH | Case No. 24-50983 SLJ |
| Debtor | **CERTIFICATE OF SERVICE OF REQUEST FOR ENTRY OF ORDER BY DEFAULT AND DECLARATION IN SUPPORT THEREOF** |

I am over the age of 18 years, not a party to the within cause; my business address is 105 Cooper Ct., Los Gatos, CA 95032.  I served true and accurate copies of: **REQUEST FOR ENTRY OF ORDER BY DEFAULT and DECLARATION OF JANE Z. BOHRER IN SUPPORT OF REQUEST OF ENTRY OF ORDER BY DEFAULT**, by placing same in an envelope, with postage prepaid, and deposited said envelope in the U.S. Mail at Los Gatos, California on February 27, 2025.  Said envelopes were addressed as follows:

PRITHPAL SINGH
243 BURNING TREE DR
SAN JOSE, CA  95119

In addition to any paper copies served by U.S. Mail, registered ECF participants, including but not limited to debtor's counsel (if represented by counsel), as well as parties who have requested Special Notice in this case, will receive electronic copies of the foregoing documents when they are filed with the Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 27, 2025 in Los Gatos, California.

/s/ Barbara Cavaliere
Office of DEVIN DERHAM-BURK
Chapter 13 Standing Trustee

24-50983 SJJ - COS