

Entered on Docket
February 28, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
Nanette Dumas #148261
Jane Z. Bohrer #243692
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

The following constitutes the order of the Court.
Signed: February 28, 2025

Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In Re:

PRITHPAL SINGH

Debtor

Chapter 13

Case No. 24-50983 SLJ

**ORDER OF DISMISSAL
PRIOR TO CONFIRMATION**

    DEVIN DERHAM-BURK, Chapter 13 Standing Trustee, filed a Motion to Dismiss [Docket #28] along with a Notice and Opportunity for Hearing [Docket #29] on February 04, 2025 which was properly served on all interested parties.  No opposition or request for hearing has been filed with respect to the Motion to Dismiss, and the Trustee has requested relief by default.   The Court having considered all pleadings and evidence before it, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the case is dismissed without prejudice.  After payment of administrative costs or fees, the Chapter 13 Standing Trustee shall return to the debtor any remaining balance of funds on hand.

/

Notwithstanding the dismissal of the case, the Chapter 13 Standing Trustee shall remit to the Clerk of the Court funds from any previously disbursed checks that remain uncashed. The Chapter 13 Standing Trustee shall submit at a later date her Trustee's Final Report for approval by the Court.

Notice of the dismissal shall be served upon all parties by the Clerk of the Court.

* * * END OF ORDER * * *

**COURT SERVICE LIST**

Case Name: PRITHPAL SINGH                                    Case No.: 24-50983 SLJ

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

NONE