Form DOC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re:  Prithpal Singh | Case No.: 24−50983 SLJ 13 |
|    aka  P Singh | Chapter:  13 |
|    dba  Desi Beatz LLC | |
|       Debtor(s) | |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 2/28/25 dismissing the above−captioned case effective 2/28/25.

Dated: 2/28/25

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 33